UNITED STATES OF AMERICA DISTRICT COURT
STATE OF CONNECTICUT

PLAINTIFF
Jonathan S. Seiler

v.

CASE NUMBER TO BE ASSIGNED

3:22 CV 358 AWT

DEFENDANT
TOWN OF NEWINGTON POLICE DEPARTMENT; ET; AL.
John Doe (1) one
John Doe (2) two
John Doe (3) three

## JURSDICTION

The United States District Court for the state of Connecticut having jurisdiction as the plaintiff alleges Town of Newington, Ct., John Doe (1) one threw (3) three has violated the Americans With Disabilities act by failing to make any requested reasonable attempts to accommodate the plaintiffs disabilities subsequent to continued requests for accommodation.

## BASIC FACTS

(1) _On or about 2/15/2022 the plaintiff had been party to a motor vehicle accident in the town of Newington, Connecticut.

(2) Plaintiff had reported the motor vehicle accident to the 911 dispatch.

(3) 911 dispatch had transferred plaintiff to the town of Newington police department.

(4) Plaintiff had informed Newington police dispatch what had transpired in-reference to the motor vehicle accident.

(5) Subsequent to reporting plaintiff had come to Newington police department to supply Newington officer with photographs of the vehicle involved in the above-referenced accident and pictures of damage sustained during collision. Plaintiff had also obtained a collision damage report from a licensed repair facility denoting monetary damages.

(6) At this time the representative of Newington police [hereandafter to be known as John Doe (1)] had stated "I need to see the vehicle." I had inquired why as I had provided the officer with all necessary information. At this time the officer stated "because I need to see the vehicle."

(7) I had informed John Doe (1) I would be immediately returning home as I have cancer and was feeling ill and he could come by any time and inspect the vehicle.

(8) With in (1) one hour John Doe (1) had arrived at the plaintiff's home located at 135 Cherry Hill Dr. Newington, Ct. 06111. Subsequent to arrival the officer had inspected the vehicle and departed.

(9) On or about 02/18/2022 the plaintiff had returned to Newington police department attempting to have written statement sworn and certified by oath in person with Newington officer.

(10) John Doe (1) had refused to accept plaintiff's written statement containing summary of events Plaintiff's birth date, address, Connecticut driver's license number, phone number and certification stating all statements memorialized within statement to be true and factual with oath to be signed in officers presents.

(11) Plaintiff had at that time requested John Doe (1) make reasonable accommodations and accept the plaintiff's statement. As Plaintiff has cancerous lesions causing destruction to plaintiff's T 12 vertebrae 12th rib , liver and spleen causing extreme pain.

(12)  John Doe (1) refused to make any reasonable attempt to accommodate plaintiff's disability. In failing to do so defendant's conduct, having known or unknown was the cause of plaintiff's torturous unnecessary pain and suffering.

(13) Plaintiff had returned to Newington police department on or about 02/21/2022 to submit revised statement on voluntary statement forms provided by Newington police.

(14) As plaintiff had entered Newington Police lobby plaintiff had employed the use of a supplied telephone to contact the officer attending lobby officer.

(15) In speaking with the lobby officer defendant John Doe (2) the plaintiff had informed the officer of plaintiff's illness and requested accommodations. Accommodations sought by defendant was a request of having an officer in the building witness the oath signing of voluntary witness statement. As having to wait standing or in inappropriate seating would and did cause torturous pain.

(16) John Doe (2) had failed in making any attempt to accommodate the plaintiff's disability.

(17) In failing to make to accommodate the plaintiff's disabilities John Doe (2) had caused the plaintiff un-necessary torturous pain and suffering.

(18)  As John Doe (1) had finally arrived at the Newington Police Station the plaintiff had been outside in the cold laying and leaning on plaintiff's transport for support in an attempt to alleviate the torturous pain unnecessarily caused by waiting for the arrival of John Doe (1).

(19) Having continued to require the plaintiff to wait for John Doe (1) having been un-necessary was the cause of the plaintiff's torturous pain as the defendants could have easily remedied this issue. Defendants failed to make any attempt to accommodate Plaintiff's disabilitys.

(20) Plaintiff also suffers from extensive degenerative joint disease requiring knee replacement. Plaintiff had knee replacement surgery scheduled for 03/09/2022. Unfortunately due to the progression of plaintiff's cancer plaintiff had to forgo knee replacement.

REMEDY

In request for remedy plaintiff respectfully requests the following:

(1) Plaintiff requests punitive damages in the amount of $100,000.00 U.S. dollars.

(2) Plaintiff requests compensatory damages in the amount of $1000,000.00 U.S. dollars.

(3) Plaintiff requests the courts order in requiring The Town of Newington to provide adequate seating to accommodate people with disabilities.

(4) Plaintiff requests the courts order requiring The Town of Newington to remain in compliance with all regulations promulgated within the American's with Disabilities Act.